# Court of Appeals
# of the State of Georgia

ATLANTA,    August 20, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0505. GOTTFRIED A. KAPPELMEIER v. JOSEPH C. IANNAZZONE.**

On May 6, 2013, the trial court entered an order refusing to docket motions filed by Gottfried Kappelmeier in an action Kappelmeier brought against Household Realty Corporation and several John Doe defendants. According to the trial court's order, the case has been "disposed." On July 26, 2013, Kappelmeier filed this application styled "Gottfried A. Kappelmeier v. Joseph Iannazzone," seeking to challenge this ruling.[1]

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Kappelmeier filed this application 81 days after entry of the order he seeks to appeal. The application is untimely and, accordingly, is hereby DISMISSED for lack of jurisdiction.

We note that Kappelmeier has filed more than 20 actions in this Court, many of which lacked merit and were summarily dismissed. In October 2011, we informed Kappelmeier of this Court's power to impose sanctions upon a party who files frivolous applications or notices of appeal. See Court of Appeals Rule 15 (b). We

---

[1] Joseph Iannazzone is the trial judge who entered the order. He is not a party to the proceeding below, but he was apparently the only individual served with a copy of this application. Given Kappelmeier's failure to serve the opposing party as required by Court of Appeals Rule 6, we question whether this application was properly docketed.

cautioned Kappelmeier against filing future frivolous pleadings in this Court, warning him that such motions would subject him to sanctions. Kappelmeier nonetheless filed this frivolous application.[2]  Given Kappelmeier's history of frivolous filings, we hereby impose a penalty of $250.00.[3]  See Court of Appeals Rule 15 (b).



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 08/20/2013
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[2] Because the application was untimely, directed to a non-party, and lacking any cogent argument, we deem it to be frivolous.

[3] Court of Appeals Rule 15 (c) provides that the penalty shall constitute a money judgment in favor of the appellee, as the Court directs. "Upon filing of the remittitur in the trial court, the penalty may be collected as are other money judgments." See id.